UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:12-CR-39-1-F



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BILLY DELOEN GOFF, | ) | |
| Defendant. | ) | |

The defendant's motion to Seal [DE-19] the Proposed Sealed Document [DE-18] is ALLOWED, pursuant to this court's Local Rule 55.2 and Section T of the CM/ECF Policy Manual. The Clerk of Court is DIRECTED to maintain the materials contained in [DE-18] UNDER SEAL in accordance with this court's rules and policies.

SO ORDERED.

This, the 4th day of October, 2012.

JAMES C. FOX
Senior United States District Judge