UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division
DOCKET NO. 7:12-CR-39-1F

| | | |
|---|---|---|
| **United States Of America** | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| **Billy Deleon Goff** | ) | |
| | ) | |

On October 4, 2012, Billy Deleon Goff appeared before the Honorable James C. Fox, Senior U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Wire Fraud, in violation of 18 U.S.C. § 1343, was sentenced to a 5-year term of probation.

On April 29, 2014, Billy Deleon Goff appeared before the Honorable James C. Fox, Senior U.S. District Judge in the Eastern District of North Carolina, at which time his probation was revoked and he was sentenced to the custody of the Bureau of Prisons for a term of 9 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 36 months upon release from imprisonment. Billy Deleon Goff was released from custody and the term of supervised release commenced on January 16, 2015.

From evidence presented at the revocation hearing on February 18, 2015, the court finds as a fact that Billy Deleon Goff, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.
2. Failure to notify the officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
3. Failure to report to the probation officer as directed by the court or probation officer.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 24 months.

**IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 18th day of February, 2015

_James C. Fox_
James C. Fox
Senior U.S. District Judge