IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:12-CR-39-F-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BILLY DELOEN GOFF | ) | |

This matter is before the Court on Defendant Billy Goff's Motion to Request FCI Butner [DE-57]. For good cause shown, the motion is ALLOWED. The Court recommends that Defendant Billy Goff serve any active term of imprisonment at FCI Butner.

SO ORDERED.

This, the 2 day of February, 2015.

JAMES C. FOX
Senior United States District Judge